KRISTINA M. DIAZ (SBN 151566)
kristina.diaz@roll.com
MATTHEW D. MORAN (SBN 197075)
matthew.moran@roll.com
JOHNNY TRABOULSI (SBN 211384)
johnny.traboulsi@roll.com
BROOKE HAMMOND (SBN 264305)
brook.hammond@roll.com
**ROLL LAW GROUP P.C.**
11444 West Olympic Boulevard
Los Angeles, California 90064-1557
Telephone: (310) 966-8400
Facsimile: (310) 966-8810

Attorneys for Defendants

MICHAEL LOUIS KELLY (SBN 82063)
mlk@kirtlandpackard.com
BEHRAM V. PAREKH (SBN 180361)
bvp@kirtlandpackard.com
JOSHUA A. FIELDS (SBN 242938)
jf@kirtlandpackard.com
**KIRTLAND & PACKARD LLP**
2041 Rosecrans Avenue, 3rd Floor
El Segundo, California 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

Lead Counsel for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: POM WONDERFUL LLC MARKETING AND SALES PRACTICES LITIGATION**<br><br>This Document Relates To:<br>All Actions | Master File No.: 2:10-ml 2199-DDP (RZx)<br><br>**CV12-02266-DDP**<br><br>[MDL No. 2199]<br><br>Assigned to the Hon. Dean D. Pregerson<br><br>**ORDER RE DISMISSAL OF CLAIMS OF NAMED PLAINTIFFS JOHN CHAPMAN, ANNE HAYNES AND W. REX TEMPLETON** |

{2913614.1}

| | |
|---|---|
| 1 | This MDL proceeding and the individual actions <u>Chapman v. POM</u> |
| 2 | <u>Wonderful LLC, et al.</u>, CV 10-09874, <u>Haynes v. POM Wonderful LLC, et al.</u>, CV |
| 3 | 11-00053 and <u>W. Rex Templeton v. Pom Wonderful, LLC, et al.</u>, CV 12-02266 are |
| 4 | dismissed with prejudice as to the named plaintiffs and without prejudice as to |
| 5 | members of the putative classes with each side bearing their own fees and costs. |
| 6 | **IT IS SO ORDERED**. |

DATED: January 11, 2019

_____
Hon. Dean D. Pregerson
Judge of the United States District Court